1  DILLINGHAM & MURPHY, LLP
   WILLIAM F. MURPHY (STATE BAR NO. 82482)
2  STACY A. SMITH (STATE BAR NO. 219034)
   225 Bush Street, 6th Floor
3  San Francisco, California 94104-4207
   Telephone:   (415) 397-2700
4  Facsimile:   (415) 397-3300

5     Attorneys for Defendant, Safeway Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESUS TORRES,<br><br>             Plaintiff,<br><br>   v.<br><br>SAFEWAY INC.,<br><br>             Defendants. | Case No. C05-0567 WHA<br><br>**STIPULATION AND REQUEST FOR ORDER TO CONTINUE THE DATE BY WHICH MEDIATION MUST BE HELD** |

    Plaintiff Jesus Torres ("Plaintiff") and defendant Safeway Inc.. ("Defendant") (collectively referred to as the "Parties") hereby stipulate and agree, through their counsel of record, that the deadline by which a mediation must be held currently set for August 15, 2005, be continued to and including August 31, 2005.  The Parties, through their counsel of record, respectfully submit that there is good cause for this order:

    (1)    This Complaint was filed February 8, 2005.  The trial date is September 1, 2006.  The deadline by which a mediation must be held is currently set for August 15, 2005.

    (2)    Counsel for Defendant, William F. Murphy, will be out of the country from July 19, 2005, through on or about August 13, 2005.

    (3)    The mediator, Marjorie Gelb will be unavailable from approximately the last week of August 2005, through the first week of September 2005.

1      (4)    In order to accommodate Mr. Murphy and Ms. Gelb's schedules, and to allow the Parties sufficient time to adequately prepare for a meaningful mediation, subject to the Court's permission, the Parties have agreed to a mediation date of August 23, 2005.

    (5)    This continuance will not effect any other dates currently set by the Court.

Dated: June 23, 2005    THOMAS N. STEWART, III

/s/

By: _____
Attorneys for Plaintiff.

Dated: June 23, 2005    DILLINGHAM & MURPHY, LLP
    WILLIAM F. MURPHY
    STACY A. SMITH

By: _____/s/_____
Attorneys for Defendant SAFEWAY INC.

**ORDER**

Pursuant to the Parties' stipulation, <u>IT IS ORDERED</u> that the deadline by which mediation must be held, currently set for August 15, 2005, is continued to August 31, 2005.

Dated: ____July 5____, 2005

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE