IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES, | No. C 05-00567 WHA |
| Plaintiff, | |
| v. | **ORDER APPROVING SECOND EXTENSION OF MEDIATION DEADLINE** |
| SAFEWAY INC., | |
| Defendant. / | |

    The parties to the above-captioned action have stipulated to and jointly requested a continuation of the deadline by which mediation must be completed. This request is **GRANTED**. The deadline originally scheduled for August 15, 2005, and previously extended to August 31, 2005, is now extended until **SEPTEMBER 27, 2005**. **NO FURTHER REQUESTS FOR CONTINUANCES WILL BE GRANTED.**

    **IT IS SO ORDERED.**

Dated: August 22, 2005



WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE