IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESUS TORRES,

    Plaintiff,

  v.

SAFEWAY INC,

    Defendant.

No. C 05-00567 WHA

**ORDER APPROVING THIRD EXTENSION OF MEDIATION DEADLINE**

The parties to the above-captioned action have stipulated to and jointly requested another continuation of the deadline by which mediation must be completed. This request is **GRANTED**. Good cause having been shown, this deadline now extended until **DECEMBER 15, 2005**. **NO FURTHER REQUESTS FOR CONTINUANCES WILL BE GRANTED.** In order to have the benefit of the Court's rulings on the anticipated cross-motions for partial summary judgment in *Torres v. Rite Aid Corporation*, No. C 05-02136 WHA, the parties are strongly encouraged, but not ordered, to file those motions by October 6, 2005.

    **IT IS SO ORDERED.**

Dated: September 22, 2005

                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE