RECEIVED

NOV -4 PM 2:13

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES,<br><br>    Plaintiff,<br><br>v.<br><br>SAFEWAY INC.,<br><br>    Defendant. | Case No. C05-0567 WHA<br><br>~~(PROPOSED)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Aaron L. Agenbroad, an active member in good standing of the bar of the District of Columbia and the State of Maryland, whose business address and telephone number is 555 California Street, 26th Floor, San Francisco, CA 94104, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant Safeway Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

///

///

///

1  will constitute notice to the party.  All future filings in this action are subject to the requirements
2  contained in General Order No. 45, Electronic Case Filing.

3
4  Dated: November 8, 2005          By: _____
                                         William H. Alsup
5                                        United States District Court Judge

6
7  SFI-532586v1

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

(PROPOSED) ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*                    2                              C05-0567 WHA